# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Evier Paez, | 2:16-cv-02737-JAD-NJK |
| Petitioner | **Order** |
| v. | [ECF Nos. 1, 2, 3] |
| Dwight Neven, et al., | |
| Respondents | |

Nevada state prisoner Evier Paez petitions for a writ of habeas corpus and moves to proceed *in forma pauperis*,[1] for leave to file an oversized petition,[2] and for appointment of counsel.[3] Paez did not attach the appropriate documentation to his pauper application to allow me to properly evaluate it, so I deny the application without prejudice to his ability to refile in accordance with the local rules. I also deny his motion for leave to file an oversized petition as unnecessary because there is no page limit under Local Rule LSR 3-2(b). And because Paez has demonstrated that he is capable of articulating his claims, due process does not mandate that he be represented by counsel under these circumstances and I decline to appoint him counsel.

**Discussion**

**A.     *In forma pauperis* application**

Paez's pauper application is incomplete. Under 28 U.S.C. § 1915(a)(2) and LSR1-2 of the local rules, Paez must attach both a properly executed financial certificate and an inmate account statement for the past six months. He did not attach either. So I deny the application without prejudice to his ability to refile it with the appropriate documentation. Paez must either

---

[1] ECF No. 1.

[2] ECF No. 3.

[3] ECF No. 2.

pay the $5.00 filing fee or file a properly completed pauper application by October 27, 2017.

**B.     Oversized petition**

Paez asks for permission to file an oversized petition,[4] and he cites to the Federal Rules of Appellate Procedure. As this is not an appeal, the Federal Rules of Appellate Procedure do not apply. Instead, LSR 3-2 of the Local Rules of Practice applies, which expressly states "there is no page limit with respect to habeas corpus petitions."[5] I therefore deny Paez's motion as unnecessary.

**C.     Appointment of counsel**

Finally, Paez also requests appointment of counsel to pursue his petition for a writ of habeas corpus. There is no constitutional right to counsel for a federal habeas corpus proceeding.[6] But I have discretion to appoint counsel if the "interests of justice require representation," and I must appoint counsel if the case is so complex that denial of counsel would amount to a denial of due process.[7] I "must evaluate the likelihood of success on the merits as well as the ability of the petitioner to articulate his claims *pro se* in light of the complexity of the legal issues involved."[8] The factors to consider are not separate from the underlying claims but are intrinsically enmeshed with them.[9]

I deny the motion for appointment of counsel. Paez has demonstrated that he can clearly articulate the claims that he believes entitle him to habeas corpus relief,[10] and though some of his claims involve somewhat-complex legal issues, he presents copious, articulate arguments for

---

[4] ECF No. 3.

[5] L.S.R. 3-2(b).

[6] *Penn. v. Finley*, 481 U.S. 551, 555 (1987).

[7] *See Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986), *cert. denied*, 481 U.S. 1023 (1987).

[8] *See Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).

[9] *Id.*

[10] ECF No. 1-1.

each of his claims.

## Conclusion

Accordingly, IT IS HEREBY ORDERED that Paez's application to proceed *in forma pauperis* **[ECF No. 1] is DENIED without prejudice.** Paez has **until October 27, 2017, to either pay the $5.00 filing fee or file a new and complete application to proceed *in forma pauperis* together with a properly executed financial certificate and an inmate account statement for the past six months.** If Paez fails to either pay the filing fee or submit a properly completed new pauper application before this court-ordered deadline, **this action will be dismissed without further advance notice**.

The **Clerk of Court is directed to SEND Paez two copies of an *in forma pauperis* application form for incarcerated persons along with one copy of the instructions for the same.**

IT IS FURTHER ORDERED that Paez's motion for appointment of counsel **[ECF No. 2] is DENIED without prejudice**.

IT IS FURTHER ORDERED that Paez's motion for leave to file an oversized petition **[ECF No. 3] is DENIED.**

DATED: September 26, 2017.

_____
Jennifer A. Dorsey
United States District Judge