# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Evier Diaz Paez,<br><br>    Petitioner<br><br>v.<br><br>Dwight Neven, et al.,<br><br>    Respondents | 2:16-cv-02737-JAD-NJK<br><br>**Order Extending Time**<br><br>[ECF No. 18] |

I previously screened pro se petitioner Evier Paez's petition for a writ of habeas corpus and, after dismissing grounds 16 and 17 as noncognizable, I directed the Clerk of Court to serve the petition on respondents.[1] Respondents had until January 22, 2018, to respond to the petition, but they now request a 45-day extension. Counsel for the respondents represents that he has "been extremely busy working on numerous state and federal habeas proceedings, including drafting numerous filings" in multiple "complex capital habeas matters" and appearing at oral argument in front of the Ninth Circuit.[2] This is counsel's first request for an extension, and I find that it is made in good faith and not solely for the purpose of delay.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that respondents' motion for an enlargement of time **[ECF No. 18] is GRANTED.** The respondents now **have until March 8, 2018, to respond** to Paez's petition.

DATED: January 24, 2018.

                                            _____
                                            U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 9.

[2] ECF No. 18 at 2.