# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EVIER DIAZ PAEZ, <br>     Petitioner <br> v. <br> DWIGHT NEVEN, et. al, <br>     Respondents | Case No.: 2:16-cv-02737-JAD-NJK <br> **Order Granting Enlargement of Time** <br> [ECF No. 20] |

Good cause appearing, IT IS HEREBY ORDERED that respondents' second motion for an enlargement of time **[ECF No. 20] is GRANTED.** Respondents' deadline to respond to the petition is extended to April 12, 2018.

Dated: March 29, 2018

                                               _____
                                               U.S. District Judge Jennifer A. Dorsey