# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Evier Diaz Paez,<br><br>    Petitioner<br><br>v.<br><br>Dwight Neven, et. al,<br><br>    Respondents | Case No.: 2:16-cv-02737-JAD-NJK<br><br>**Order Granting Enlargement of Time**<br><br>[ECF No. 20] |

Good cause appearing, IT IS HEREBY ORDERED that respondents' third motion for enlargement of time [ECF No. 23] is GRANTED. Respondents' deadline to respond to the petition is extended to April 16, 2018.

Dated: April 13, 2018

_____
U.S. District Judge Jennifer A. Dorsey

1