# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Evier Diaz Paez,

    Petitioner

v.

Dwight Neven, et al.,

    Respondents

Case No.: 2:16-cv-02737-JAD-NJK

**Order Granting Extension of Time**

[ECF No. 29]

    Pro se petitioner Evier Diaz Paez requests a 60-day extension of his deadline to reply to the respondents' dismissal motion. The respondents asserted ten separate arguments in their motion, and Paez argues that the extension is necessary for him to review, research, and draft a response, especially considering his limited access to the law library.[1] This is Paez's first request for an extension. Accordingly, good cause appearing, Paez's time-extension motion **[ECF No. 29] is GRANTED**. Paez's new deadline to respond to respondents' motion to dismiss **is July 2, 2018.** I will defer ruling on Paez's pending motion for appointment of counsel (ECF No. 30) until respondents have had an opportunity to respond.

    Dated: May 2, 2018

                                                                 _____

                                                                 U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 29 at 2–3.