# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Evier Diaz Paez,

    Petitioner

v.

Dwight Neven, et al.,

    Respondents

Case No.: 2:16-cv-02737-JAD-NJK

**Order Extending Time**

[ECF No. 36]

Respondents move for an extension of time to file a reply in support of their motion to dismiss.[1] This is the respondents' first request for an extension of this deadline, and I find that it is made in good faith and not solely for the purposes of delay. Accordingly, IT IS HEREBY ORDERED that the motion **[ECF No. 36] is GRANTED**. Respondents have **until and including July 26, 2018, to file a reply in support of their motion to dismiss Paez's petition.**

Dated: July 9, 2018

                                                        
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 36.