# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

EVIER DIAZ PAEZ,

    Petitioner

v.

DWIGHT NEVEN, et. al,

    Respondents

Case No.: 2:16-cv-02737-JAD-NJK

**Order Granting Enlargement of Time**

[ECF No. 40]

Good cause appearing, IT IS HEREBY ORDERED that respondents' motion for an enlargement of time [ECF No. 40] is GRANTED. Respondents shall have up to and including September 20, 2018, to respond to the petitioner's motion for leave to file a sur-reply [ECF No. 39].

Dated: August 22, 2018

_____
U.S. District Judge Jennifer A. Dorsey