# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

EVIER DIAZ PAEZ,

    Petitioner

v.

DWIGHT NEVEN, et. al,

    Respondents

Case No.: 2:16-cv-02737-JAD-NJK

**Order Granting Motion to Dismiss Unexhausted Grounds and to Construe Ground 4 as a Sixth Amendment Claim**

[ECF No. 44]

On January 15, 2019, I granted respondents' motion to dismiss in part after finding several of habeas petitioner Evier Diaz Paez's claims unexhausted.[1] Among those grounds was Ground 4, which asserted a due process violation. Because Ground 4 would be exhausted if construed as a Sixth Amendment claim, I indicated that I would construe Ground 4 as a Sixth Amendment claim if petitioner submitted a notice that he would like Ground 4 so construed. I ordered petitioner also to file either: (1) a motion to dismiss seeking partial dismissal of only the unexhausted claims; (2) a motion to dismiss the entire petition without prejudice in order to return to state court to exhaust the unexhausted claims; and/or (3) a motion for other appropriate relief, such as a motion for a stay and abeyance to hold the exhausted claims in abeyance while petitioner returns to state court to exhaust the unexhausted claims.

Petitioner has moved to construe Ground 4 as a Sixth Amendment claim and for dismissal of his unexhausted claims.[2] Good cause appearing, IT IS HEREBY ORDERED that petitioner's motion **[ECF No. 44] is GRANTED**: the court will construe Ground 4 as a Sixth Amendment effective-assistance-of-counsel claim.

IT IS FURTHER ORDERED that **Ground 5, Ground 7, in part, as set forth in my order of January 15, 2019, Ground 8, and Ground 9 except as to Ground 9(D) are DISMISSED** without prejudice.

---

[1] ECF No. 43.

[2] ECF No. 44.

1

IT IS FURTHER ORDERED that **respondents have until April 15, 2019, to file an answer** to the remaining claims in the petition. Petitioner will have 30 days from service of the answer to file a reply.

Dated: February 14, 2019

_____
U.S. District Judge Jennifer A. Dorsey