**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

EVIER DIAZ PAEZ,

    Petitioner

v.

DWIGHT NEVEN, et. al,

    Respondents

Case No.: 2:16-cv-02737-JAD-NJK

**Order Extending Time**

[ECF No. 47]

    Good cause appearing, respondents' motion for enlargement of time **[ECF No. 47] is GRANTED.** Respondents have until June 14, 2019, to file their answer to the remaining claims of the petition in this case.

    IT IS SO ORDERED.

Dated: April 16, 2019

    _____
    U.S. District Judge Jennifer A. Dorsey